UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID JOSHUA BARTCH, Plaintiff, -v- DIGITAL BRANDS GROUP, INC., Defendant. | 26-CV-8734 (JMF) <br> ORDER |

JESSE M. FURMAN, United States District Judge:

On October 5, 2026, Plaintiff filed a motion (albeit styled as a proposed order to show cause) for a preliminary injunction. ECF No. 5. To the extent that Plaintiff's arguments for a preliminary injunction overlap with the arguments made by Plaintiffs in *Gaucher v. Digital Brands Group, Inc.*, 26-CV-6889 (JMF), the Court will give Plaintiff an opportunity to be heard during the oral argument scheduled in *Gaucher* for October 13, 2026.

In addition, the parties shall confer in advance of the conference and be prepared to address at the conference the following topics:

(1) Whether there is a need for discovery or an evidentiary hearing in connection with Plaintiff's motion for a preliminary injunction;

(2) A briefing schedule for the motion for a preliminary injunction;

(3) Whether trial on the merits should be advanced and consolidated with any preliminary injunction hearing, *see* FED. R. CIV. P. 65(a)(2);

(4) Settlement, including whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be appropriate and, if so, when in the case (*e.g.*, immediately; within the next sixty days; after the deposition of plaintiff is completed; after the close of fact discovery; etc.) the use of such a mechanism would be appropriate; and

(5) Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

SO ORDERED.

Dated: October 9, 2026
New York, New York

JESSE M. FURMAN
United States District Judge