# KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

CHRISTOPHER R. GOETZ
DIRECT DIAL: (212) 506-1982
DIRECT FAX: (212) 500-1800
CGOETZ@KASOWITZ.COM

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
WASHINGTON DC

November 10, 2026

**VIA ECF**
The Honorable Jesse M. Furman, U.S.D.J.
Southern District of New York
40 Centre Street
New York, NY 10007

***Re*: *Bartch v. Digital Brands Group, Inc.*, No. 26-cv-8734**

Dear Judge Furman:

We represent Defendant Digital Brands Group, Inc. ("DBGI") in connection with the above-referenced action. We write jointly with Plaintiff to request an extension of the deadline for the parties to file a motion for leave to amend pleadings and/or join parties from November 12, 2026 to no later than November 25, 2026. The parties in *Gaucher v. Digital Brands Group, Inc.*, No. 26-cv-6889, have requested this extension already. *See id.*, Dkt. 118. The parties respectfully request the same extension here to preserve the coordinated schedule and in light of the recent activity in both cases.

If the Court grants the request above, the deadline to amend pleadings and Plaintiff's deadline to answer or otherwise respond to DBGI's counterclaims will coincide. Accordingly, if the Court grants the request, Plaintiff requests, with DBGI's consent, an extension of his deadline to answer or otherwise respond to DBGI's counterclaims from November 25, 2026 to December 4, 2026. This extension would preclude a situation where Plaintiff prepares his response, only for DBGI to file an amendment the same day and would thereby preserve party resources and prevent inefficiency.

This is the first time the parties have requested an extension of either deadline. The parties' next scheduled appearance before the Court is on February 11, 2027, for a pre-hearing conference. Pursuant to the scheduling order (Dkt. 18), the following are the existing deadlines in this action:

- Any motion to amend or to join additional parties shall be filed no later than November 12, 2026;
- Interrogatories shall be served by November 12, 2026;
- Privilege logs shall be produced no later than December 3, 2026;
- All fact discovery shall be completed no later than February 10, 2027; and
- All expert discovery shall be completed no later than March 26, 2027.

For these reasons, the parties respectfully request that the Court grant the extensions above.

Respectfully submitted,

*Christopher Goetz*

Christopher R. Goetz

Applications GRANTED. The Clerk of Court is directed to terminate ECF No. 41.

SO ORDERED.

November 12, 2026